IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | } CASE NO: | 13-32647-DHW |
| Thomas, Jessietta | } CHAPTER: | 13 |
| Debtor(s) | } | |
| | } | |

## RESPONSE TO DEBTOR'S OBJECTION TO CLAIM 7
## FILED BY BANK OF AMERICA, N.A.

Comes now BANK OF AMERICA, N.A. its principals, investors, successors, and/or assigns, if any, (hereinafter "Creditor"), by and through its undersigned counsel of record, Sirote & Permutt, P.C., responds to Debtor's Objection to Claim and hereby seeks an order by this Honorable Court overruling the Debtor's Objection based on the amended Claim filed and in support thereof, the Creditor avers as follows:

1. The Creditor has now finalized a loan modification with the Debtor.

2. Claim 7 was amended on June 11, 2015 per the loan modification.

**WHEREFORE, ABOVE PREMISES CONSIDERED,** the Creditor herein prays that this Honorable Court will allow amended Claim 7 as filed and overrule Debtor's Objection.

Respectfully submitted,

*/s/ Enslen Crowe*
Enslen Crowe (CRO-098)
Attorney for Creditor

OF COUNSEL
SIROTE & PERMUTT, P.C.
P. O. Box 55887
Birmingham, Alabama 35255-5887
(205) 918-5013/ fax (205) 212-3864
ecrowe@sirote.com

## CERTIFICATE OF SERVICE

I hereby certify in accordance with Fed. R. Bankr. P. 4001(a), 9014, and 7004 that a copy of the above and foregoing was mailed, first class postage prepaid to the following:

Jessietta Thomas
5516 Chardin Drive
Montgomey, AL 361216

and served via electronic case management to:

Terry L. Danford
2267 Cong. W. L. Dickinson Drive
Montgomery, AL 36109
terrydanford@justice.com

Curtis C. Reding
P. O. Box 173
Montgomery, AL 36101
trustees_office@ch13mdal.com

On this the 11th day of June, 2015

_____
OF COUNSEL